07 CV 6813

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

------------------------------------------------------------x
TYRONE LONG and TONI LONG,       :
                            Plaintiff,   :   CIVIL ACTION NO:
   -against-       :
                                    :
ADVIE PYLE INC. and RUBEN D. CORTEZ,  :
                          Defendant.   :
------------------------------------------------------------x

RECEIVED JUL 2 7 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Defendants, A. Duie Pyle, Inc. (improperly named as Advie Pyle, Inc.), and Ruben Cortez by and through their attorneys, Rawle & Henderson LLP, submit the following disclosure pursuant to Local Rule 1.9.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, certifies that Defendant does not have a parent corporation and that there are no publicly held corporations that own 10% or more of Defendant A. Duie Pyle, Inc. stock.

RAWLE & HENDERSON LLP

By: _____
Jon Michael Dumont
Jason B. Schaeffer
Attorneys for Defendants
140 Broadway, 46th Floor
PMB 46034
New York, NY 10005
(212) 858-7570
Our File No.: 801,798

Dated: July 27, 2007

2119295-1