USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

---------------------------------------------------------------x
TYRONE LONG and TONI LONG,                  :    SCHEDULING ORDER
                                            :
              Plaintiffs,                   :
       -against-                            :    CIVIL ACTION NO: 07-CV-6813
                                            :    (SAS)(FM)
ADVIE PYLE INC. and RUBEN D. CORTEZ,        :
              Defendants.                   :    Conf. Date: September 18, 2007
---------------------------------------------------------------x

   WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on August 16, 2007 (the "Order"); and

   Whereas, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

   NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

   (1)   the date of the conference and the appearances for the parties:

   September 18, 2007, at 3:30 p.m.

   Stacy Kugler, Esquire; Harmon, Linder & Rugowsky, attorneys for plaintiffs.

   James R. Callan, Esquire; Rawle & Henderson LLP, attorneys for defendants.

*[handwritten: by Oct. 9 - rule 26 disclosures    doc demand Oct. 23]*

   (2)   This suit involves a motor vehicle accident alleged to have occurred on October 27, 2006, at the intersection of Hunts Point Avenue and Garrison Avenue in the Bronx, New York. Plaintiffs allege that defendants' negligence was the sole cause of this accident; defendants contend that plaintiff, Tyrone Long's negligence was the sole cause of the accident. Plaintiffs allege having sustained personal injuries and medical treatment, and plaintiff spouse's loss of society and consortium. Defendants counterclaimed for property damage to defendants' vehicle.

   (3)   (a) Deposition of the plaintiffs:     on or before December 18, 2007;

         Deposition of defendants:             on or before December 18, 2007;

         (b) Written discovery/production of documents:    November 21, 2007;

         (c)(i) Plaintiffs' expert reports exchanged:      January 11, 2008;

         Defendants' expert reports exchanged:             February 15, 2008;

*[handwritten: neurolo gist / orthopedist]*

2151339-1
1

  Plaintiffs' expert depositions completed: March 7, 2008;

  Defendants' expert depositions completed: April 4, 2008;

 (d) Discovery completed: April 25, 2008; ~~MARCH 19~~

 (e) Pre-Trial order matter to defendants: May 16, 2008; APRIL 7

 (f) submission of parties' joint pre-trial Order: June 6, 2008; APRIL 21

 (g) Final pre-trial conference pursuant to Fed. R. Civ. P. 16(d):

  *March 20 at 4:30*

(4) Discovery limitations:

The parties do not foresee the need to place any limitations upon the use of any discovery device other than those set forth in the Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the Southern District of New York.

(5) Discovery Issues: None to date.

(6) Fields of expert testimony: Plaintiff's orthopedic and neurological condition and its causal relation to the subject motor vehicle accident.

(7) Length of trial: Four (4) days to a jury.

(8) This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

(9) Names, addresses, phone numbers and signatures of counsel:

By:_____
 Stacy Kugler, Esquire
Harmon, Linder & Rogowsky, Esqs.
42 Broadway, Suite 1227
New York, New York 10004
(212) 732-3665
Attorneys for Plaintiffs

By:_____
 Jon Michael Dumont
RAWLE & HENDERSON LLP
140 Broadway, Suite 4636
New York, New York 10005
(212) 858-7570
Attorneys for Defendants

SO ORDERED:

_____ 9/18/07
SHIRA A. SCHEINDLIN
U.S.D.J.