USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE LONG AND TONI LONG,

                    Plaintiff(s),

ADVIE PYLE INC AND RUBEN D. CORTEZ,

                    Defendant(s).

**STIPULATION DISCONTINUING ACTION**

Index No. 07-CV6813

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that where as no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and against the defendant(s) **ADVIE PYLE INC AND RUBEN D. CORTEZ,** without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
            February 5, 2008

_____
Attorney(s) for the defendant(s)

Harmon, Linder & Rogowsky, Esqs.
Mark J. Linder Esq.
Attorney(s) for Plaintiff(s)
42 Broadway Suite 1227
New York, NY 10004

So Ordered,
[signature] USDJ
2/6/08